John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
**CARPENTER & ZUCKERMAN**
8827 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310-273-11230
Facsimile:  310-508-1063
*kristensen@cz.law*
*jmartinez@cz.law*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANNY SAYLES., an individual; and CHANELLE CLARK, an individual,<br><br>Plaintiffs,<br>vs.<br><br>NATURAL NINE, INC., et al.<br><br>Defendant(s). | Case No.: 2:21-cv-09040-MEMF(MAAx)<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF CHANELLE CLARK NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT**<br><br>Complaint Filed: November 17, 2021 |

---

**PLAINTIFF CHANELLE CLARK'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT**

– 1 –

**COMES NOW** plaintiff Chanelle Clark ("Plaintiff"), by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance Defendants Natural Nine, Inc., Sam's Hofbrau, and Alan Kiyoshi Minato (collectively, "Defendants.") Fed. R. Civ. P. 68 Offer of Judgment as follows:

1. Plaintiff filed this action on November 17, 2021. Dkt. 1.

2. On April 5, 2022, Defendants served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $37,500.00. *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Dated:   April 13, 2022          **CARPENTER & ZUCKERMAN**

*/s/ John P. Kristensen*
John P. Kristensen
Jesenia A. Martinez
***Attorneys for Plaintiffs***