JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANNY SAYLES, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>NATURAL NINE, INC., et al.,<br><br>                    Defendants. | Case No.:  2:21-cv-09040-MEMF(MAAx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF CHANELLE CLARK [ECF NOS. 39, 42]** |

   On April 5, 2022, Defendants Natural Nine, Inc., Sam's Hofbrau, and Alan Kiyoshi Minato (collectively, "Defendants") served plaintiff Chanelle Clark ("Plaintiff") with a FED. R. CIV. P. 68 Offer of Judgment in this action in the amount of THIRTY-SEVEN THOUSAND, FIVE HUNDRED U.S. DOLLARS ($37,500.00), inclusive of costs and attorneys' fees. On April 7, 2022, Plaintiff accepted the offer. ECF No. 39.

   In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of THIRTY-SEVEN THOUSAND, FIVE HUNDRED U.S. DOLLARS ($37,500.00), inclusive of costs and attorneys' fees.

1    Accordingly, it is ORDERED AND ADJUDGED that a Final Judgment is entered for
2    Plaintiff and against Defendants for the total sum of THIRTY-SEVEN THOUSAND, FIVE
3    HUNDRED U.S. DOLLARS ($37,500.00), inclusive of costs and attorneys' fees. Each party shall
4    bear their own costs and fees.
5    IT IS SO ORDERED.

Dated: May 16, 2022   _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge